UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR CHEN,<br><br>                    Plaintiff,<br><br>-against-<br><br>CONEDISON; U.S. DEPT. OF ENERGY; U.S. DEPT. OF TREASURY; YALE UNIVERSITY; NEW YORK STATE PUBLIC SERVICE COMMISSION; CERTAIN SURGICAL PRATITIONERS TO BE NAMED; HON. KEECHANT SEWELL, POLICE COMMISSIONER, NEW YORK CITY,<br><br>                    Defendants. | 22-CV-2212 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 16, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 16, 2022
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge